**UNITED STATES of America, Plaintiff–Appellee**

v.

**Alejandro Z. PENA, Defendant–Appellant.**

**No. 09–50074**

**Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

Oct. 20, 2009.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Evers Jason Leach, Law Offices of E. Jason Leach, Odessa, TX, for Defendant–Appellant.

Before WIENER, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Alejandro Z. Pena presents arguments that are foreclosed by *United States v. Whaley,* 577 F.3d 254, 258–61 (5th Cir. 2009), in which this court rejected a commerce clause challenge to the Sex Offender Registration and Notification Act. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.